AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA (Northern Division)_____

STEVE HAMILTON, as Administrator of the
Estate of Joseph Hamilton, Deceased

V.

PACTIV CORPORATION and LOUISIANA-
PACIFIC CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV759-LES

TO: (Name and address of Defendant)

PACTIV Corporation
c/o John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  8/25/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA (Northern Division)__

STEVE HAMILTON, as Administrator of the
Estate of Joseph Hamilton, Deceased

V.

PACTIV CORPORATION and LOUISIANA-
PACIFIC CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

2:06CV759-LES

TO: (Name and address of Defendant)

Louisiana-Pacific Corporation
c/o Bernard Taylor
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                          8/25/06

CLERK                                                                         DATE

(By) DEPUTY CLERK