**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Louisiana-Pacific Corporation
   c/o Bernard Taylor, Sr.
   Alston & Bird, LLP
   1201 West Peachtree Street
   Atlanta, Georgia 30309-3424

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *L. Cole*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   L. Cole

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   06 cv 759
   3+C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 2030 0006 7824 7440

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540