| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                31 AUG 2006 |
| 1. Article Addressed to:<br><br>PACTIV Corporation<br>℅ John C. Berghoff, Jr.<br>Mayer, Brown, Rowe & Maw, LLP<br>71 South Wacker Drive<br>Chicago, Illinois  60606 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br>   06cv759<br>   SYC<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2030 0006 7824 7433 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540